In the Matter of the Accounting of JOSIAH J. WHITE as Former Administrator of ELIZA T. WHITE, Deceased.

JOSIAH J. WHITE, Appellant; WILLIAM B. DAVENPORT, as Administrator of ELIZA T. WHITE, Deceased, et al., Respondents.

*Matter of White,* 52 App. Div. 225, appeal dismissed.
(Submitted January 20, 1902; decided February 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1900, which affirmed an order of the Kings County Surrogate's Court denying a motion to vacate and set aside a former decree judicially settling the accounts of Josiah J. White as administrator of Eliza T. White, deceased.

*Perkins & Jackson* for appellant.

*Charles H. Otis* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

CHARLES L. KUHN, Respondent, *v.* JOHN SLOTE et al., Appellants.

*Kuhn* v. *Slote,* 54 App. Div. 623, affirmed.
(Argued January 21, 1902; decided February 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 5, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Adolph Rebadow* for appellants.

*John Laughlin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Dissenting: HAIGHT, J.